UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANICE D. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:18-cv-0109-TWP-DML |
| | ) |
| AMCDC, LISA HARVEY, | ) |
| TERRI FALKER, PATRICIA VAUN, | ) |
| | ) |
| Defendants. | ) |

**Entry**

**I.**

The plaintiff's motion to proceed *in forma pauperis*, dkt. [2], is **granted**. The initial partial filing fee is waived because the plaintiff has no assets and no means by which to pay an initial partial filing fee.

**II.**

In this action, plaintiff Janice Taylor alleges that her former employer, Auntie Mame's Child Development Center (AMCDC), supervisor Lisa Harvey, wrongfully terminated her in violation of the Americans with Disabilities Act (ADA), Age Discrimination in Employment Act (ADEA), the Equal Pay Act, Title VII of the Civil Rights Act, and the Equal Rights law (42 U.S.C. § 1981). The claims against supervisor Lisa Harvey and AMCDC may proceed.

Other than including their names in the caption, Ms. Taylor does not set forth any allegations of misconduct against Terri Falker or Patricia Vaun. Thus, there are **dismissed** from these proceedings. **The clerk is directed** to update the docket to show the dismissal of these individuals from this action.

## III.

The clerk is designated pursuant to *Fed. R. Civ. P.* 4(c)(3) to issue process to the defendants, AMCDC and Lisa Harvey, in the manner specified by Rule 4(d). Process shall consist of the complaint filed on January 12, 2018, [dkt. 1], applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Entry.

**IT IS SO ORDERED.**

Date: 1/17/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Janice Taylor
P.O. Box 2872
Indianapolis, IN 46206

Lisa Harvey
3102 N. Emerson Avenue
Indianapolis, IN 46218

AMCDC
3102 N. Emerson Avenue
Indianapolis, IN 46218